UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00450-D-1

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| CEDRICK TYLER ARMSTRONG | |

This matter is before the Court on the defendant's Unopposed Motion to Reopen and Extend the Deadline for Pretrial Motions and Continue Arraignment and Trial. FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the pretrial motions deadline is reopened and extended to **November 2, 2020**.

It is further ordered that the arraignment and trial in this matter be continued until **December 2020**.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7).

SO ORDERED.

This **10** day of September, 2020.

JAMES C. DEVER III
United States District Judge