IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-450-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CEDRIC TYLER ARMSTRONG, | ) | |
| | ) | |
| Defendant. | ) | |

On August 5, 2021, the court held a hearing on defendant's motion to suppress. At the end of the hearing the court stated its findings of fact and conclusions of law. As discussed in open court and incorporated by reference, the court DENIES defendant's motion to suppress [D.E. 47]. At the hearing, the court also DENIED as moot defendant's pro se motion to extend time [D.E. 27]. Defendant WITHDREW his three other pro se motions [D.E. 93, 94, 95]. Finally, the court DENIED as meritless defendant's motion to reopen pretrial motions deadline [D.E. 104].

SO ORDERED. This 5 day of August 2021.

JAMES C. DEVER III
United States District Judge