UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:19-CR-450-1D

UNITED STATES OF AMERICA

vs.

ORDER

CEDRICK TYLER ARMSTRONG

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on November 16, 2021 be turned over to Investigator Todd Williams to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 8A | Kent Driver's License, Actual |
| 17 | Gun, Springfield XD 9mm, Actual |
| 20 | Extended Magazine, Actual |
| 22 | Bullets, 1400 Beauty Ave, Actual |
| 28 | Handcuff Key |
| 29 | Handcuff Key Packaging |
| 30 | Handcuffs |
| 37 | Live Round from Jeep, Actual |
| 39 | Armstrong Cell Phone, Actual |

This 16th day of November, 2021.

*[signature]*
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: *[signature]*