UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:19-CR-450-1D

**UNITED STATES OF AMERICA**

**vs.**                                                              **ORDER**

**CEDRICK TYLER ARMSTRONG**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on November 17, 2021 be turned over to <u>Investigator Todd Williams</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| <u>Govt. Exhibit No:</u> | <u>Description:</u> |
|---|---|
| 59 | Spent Shell Casing, Actual |
| 67 | Test Fire Casings, Actual |

This 17th day of November, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____